[No. 52150-1-I. Division One. September 7, 2004.]

CAMILLE M. FJETLAND, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-06678-1, Helen Halpert, J., entered April 9, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Agid, J.

[No. 52577-8-I. Division One. September 7, 2004.]

KENNON H. HAGER, *Appellant*, v. THE LAW OFFICES OF BRUCE W. HILYER, P.S., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-15605-5, Thomas J. Majhan, J., entered April 25 and May 27, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Becker, JJ.

[No. 52982-0-I. Division One. September 7, 2004.]

LETICIA DOMINGO, *Appellant*, v. BOEING EMPLOYEES' CREDIT UNION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-20193-8, Michael Hayden, J., entered August 22, 2003. *Affirmed* by unpublished opinion per Agid, J., concurred in by Ellington, A.C.J., and Baker, J. Now published at 124 Wn. App. 71.

[Nos. 53048-8-I; 53584-6-I. Division One. September 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD SANSONE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 00-1-05098-1, Terence Lukens and LeRoy McCullough, JJ., entered August 21, 2003. *Reversed* by unpublished per curiam opinion.